```
                            FILED
                     CLERK, U.S. DISTRICT COURT

                        October 1, 2015.

                   CENTRAL DISTRICT OF CALIFORNIA      JS-6
                   BY:      VPC       DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, assignees and subrogees of Delta Air Lines, Inc., <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>Michael A. Yedor, <br>　　　　　　Defendant. | Case No. 2:15-03480-SJO-AGR <br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT** |

　　The plaintiffs, AXIS Insurance Company ("AXIS") and Federal Insurance Company ("FEDERAL"), assignees and subrogees of Delta Air Lines, Inc., by their counsel, having duly moved for an Order granting a default judgment, with interest and the costs of this action, as against the defendant, Michael A. Yedor ("YEDOR"), as pled in their Complaint (**ECF No. 3**.)

　　**NOW**, upon reading the Plaintiffs' Application for Entry of Default Judgment and Memorandum of Points and Authorities, dated August 27, 2015; the Declaration of Christie M. Bird in Support of the Application; the Declaration of Frances Almanzar Rivera in Support of the Application; and the Declaration of Michael A. Maillet in Support of the

1 | Application, with the exhibits attached thereto, and there having been no opposition thereto;
2 | and after due deliberation having been held thereon, it is hereby
3 |     **ORDERED, ADJUDGED AND DECREED** that Plaintiffs AXIS and FEDERAL's
4 | Application for Entry of Default Judgment, with interest of this action, as against Defendant
5 | YEDOR, is **GRANTED** in its entirety; and it is further
6 |     **ORDERED, ADJUDGED AND DECREED** that Plaintiffs AXIS and FEDERAL
7 | are awarded from Defendant YEDOR the sum of $46,494,918, and of that award AXIS is
8 | entitled to receive the first $21,494,918, and after AXIS has received $21,494,918, Federal
9 | is entitled to receive the next $25,000,000. FEDERAL and AXIS are awarded pre-judgment
10 | interest on the following, at a rate of seven percent per annum: on $25,000,000 from
11 | October 17, 2014 until entry of judgment, and on $21,494,918 from October 29, 2014 until
12 | entry of judgment. FEDERAL and AXIS are also awarded post-judgment interest, which
13 | shall accrue on the entire judgment, including principal and pre-judgment interest, at a rate
14 | of 0.34%.

16 | IT IS SO ORDERED.

18 | Dated: October 1, 2015

                                                       S. JAMES OTERO
                                        UNITED STATES DISTRICT JUDGE